1  DEAN FRANCIS PACE (SBN: 31809)
   PACE AND ROSE
2  Suite 2400 Century City
   1801 Century Park East
3  Los Angeles, California 90067
   Telephone: (310) 277-2900
4  Facsimile: (310) 277-2407

5  Attorneys for Plaintiff
   and Counterdefendant
6
   CHRISTOPHER J. HARRINGTON (SBN: 166342)
7  MCKOOL SMITH, P.C.
   300 Crescent Court, Suite 1500
8  Dallas, Texas 75201
   (214) 978-4000
9  (214) 978-4044 (Facsimile)

10 JAMES J. BANKS (SBN: 119525)
   BANKS & WATSON
11 813 Sixth Street, Suite 400
   Sacramento, California 95814-2403
12 (916) 325-1000
   (916) 325-1004 (Facsimile)
13
   Attorneys for Defendant
14 and Counterclaimant

15                    UNITED STATES DISTRICT COURT

16                  FOR THE EASTERN DISTRICT OF CALIFORNIA

17 AEROBOTICS INC., a            )  CIVIL ACTION CIV.S-03-1437 FCD(KJM)
   Delaware Corporation          )
18                               )
        Plaintiff                )  STIPULATION OF DISMISSAL AND
19                               )  ORDER THEREON
        v.                       )
20                               )
   LOCKHEED MARTIN CORPORATION,  )
21 a Maryland Corporation        )
                                 )  [FRCP RULE 41]
22      Defendant                )
   _____)
23                               )
   LOCKHEED MARTIN CORPORATION,  )
24                               )
        Counter-Claimant         )  [NO HEARING REQUIRED]
25                               )
        v.                       )
26                               )
   AEROBOTICS INC., a            )
27 Delaware Corporation          )
                                 )
28      Counter-Defendant.       )
                                 )
   _____)

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant Aerobotics Inc. and Defendant and Counterclaimant Lockheed Martin Corporation, by and through their undersigned Attorneys of Record, hereby stipulate and agree to the dismissal of the above-captioned action, *Aerobotics Inc. v. Lockheed Martin Corporation et al.*, USDC Civil Action CIV.S-03-1437 FCD(KJM), with prejudice.

Respectfully submitted,

Dated:  May 27, 2005            PACE AND ROSE

By /s/ _____
Dean Francis Pace
Attorneys for Plaintiff
and Counterdefendant

Dated:  June 8, 2005

By /s/ _____
Christopher J. Harrington
State Bar No. 166342
McKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000
(214) 978-4044 (facsimile)

AND

James J. Banks
State Bar No. 119525
BANKS AND WATSON
The Hall of Justice Building
813 K Street, Suite 400
Sacramento, California 95814-2403

ATTORNEYS FOR DEFENDANT
AND COUNTERCLAIMANT
LOCKHEED MARTIN CORPORATION

<u>O  R  D  E  R</u>

IT IS ORDERED that the above-captioned action, *Aerobotics Inc. v. Lockheed Martin Corporation et al.*, USDC Civil Action CIV.S-03-1437 FCD(KJM), be and it is hereby dismissed with prejudice.

DATED: <u>June  9</u>, 2005

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION OF DISMISSAL AND ORDER THEREON